UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    PLAINTIFF,

v.

JORGE ALBERTO LOPEZ-RODRIGUEZ,
    DEFENDANT.

CASE NO.:17-22 (DRD)

## MOTION TO COMPEL PRODUCTION OF 'ALIEN FILE'

COMES NOW, the Defendant, Jorge Alberto Lopez-Rodriguez ("Mr. Lopez-Rodriguez"), through the undersigned attorney, states:

1. Mr. Lopez-Rodriguez is currently charged with Reentry of a Removed Alien, a violation of 8 U.S.C., Section 1326(a)(2).

2. The undersigned has requested the government provided him with a copy of Mr. Lopez-Rodriguez's Alien File, or "A-File," numerous times, via email, phone conversations, and in person. The Government, however, has yet to provide it.

3. As this Court knows, "A-Files" are files identified by an individual's Alien Registration Number, a unique personal identifier assigned to non-citizens. It typically contains all of the official files related to immigration status, citizenship, or relief, and includes both documents submitted by the non-citizen as well as any investigations, statements, correspondence, and memoranda created by the agencies.

4. The "A-file" contains a host of documents that may contain information pertinent for trial.

5. In light of the above, Mr. Lopez-Rodriguez respectfully requests this Honorable Court enter an Order compelling the government to produce his A-File for review and duplication by undersigned counsel. In the alternative, and if this Court deems it necessary,

1

he requests this Court conduct an *in camera* review of the A-File to ensure it contains no information discoverable under *Brady*, *Kyles* or *Giglio*.

WHEREFORE, the Defendant, Jorge Alberto Lopez-Rodriguez, respectfully requests this Honorable Court enter an Order compelling the government to produce his A-File for review by undersigned counsel, or, if necessary, by this Court within ten days.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 6th day of February, 2017.

**ERIC A. VOS, ESQ.**
**Federal Public Defender**
**District of Puerto Rico**

S/JUAN J. MICHELEN
Juan J. Michelen,
Assistant Federal Public Defender,
USDC-PR G02601
241 F.D. Roosevelt Avenue
San Juan, PR 00918-2305
Phone No. (787) 281-4922
Juan_Michelen@fd.org