# United States District Court
## Exhibits Log for: 3-17-CR-022-01(DRD)
### U.S.A. vs Jorge Alberto Lopez-Rodriguez, 8/7/2017

| Exhibit | Rls | Description |
| --- | --- | --- |
| Gov-1 | No | Document - Notice of Intent / Decision to Reinstate Prior Order |
| Gov-2 | No | Document - Withdrawal of Request for Reasonable Fear Determination |
| Gov-3 | No | List of Free Legal Service Providers |
| Gov-4 | No | Document - Warrant of Removal / Deportation |
| Gov-5 | No | Document in Spanish Form M-488 |
| Gov-5-A | No | Translation of Exhibit 5 |
| Defen-A | No | Document - IBIS Hit Resolution |
| Defen-B | No | Document - Record of Sworn Statements in Administrative Proceedings |
| Defen-C | No | Document - Notice of Custody Determination |
| Defen-D | No | Document - Notice of Custody Determination |
| Joint-1 | No | Document- Record of Deportable / Inadmissible Alien |
| Joint-1-A | No | Document - Warrant of Removal / Deportation |
| Joint-2 | No | Document - Notice to Appear |
| Joint-3 | No | Document in Spanish - Notificacion de Derechos y Solicitud de Resolucion |
| Joint-4 | No | List of Free Legal Service Providers |
| Joint-5 | No | Document - Application for Employment Authorization |
| Joint-6 | No | Copy of Envelop |
| Joint-7 | No | Document - I-797 Notice of Action |
| Joint-8 | No | Document - Removal Decision |
| Joint-9 | No | Document - I-821, Application for Temporary Protected Status |